**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RENATO CASALI, | ) | Case No. 13 B 30521 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| PARKWAY BANK AND TRUST COMPANY, | ) | |
| | ) | Adversary No. 14-00124 |
| Plaintiff, | ) | |
| v. | ) | |
| RENATO CASALI, | ) | |
| Defendant. | ) | |

**STIPULATIONS OF FACTS AND DOCUMENTS**

Plaintiff, Parkway Bank and Trust Company ("Parkway") and Defendant, Renato Casali ("Casali"), in accordance with this Court's Final Pretrial Order, submits the following stipulation of facts and documents for the trial which is scheduled for August 31, 2015 at 1:30 p.m.

**I.   STIPULATED FACTS**

1.   This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157 in that this action arises in and relates to the bankruptcy case. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(c)(I).

2.   Venue is proper in this district pursuant to 28 U.S.C. § 1409.

**A.   The Parties.**

3.   Parkway is a secured creditor of Casali as to Casali's personal residence located at 4547 Potawatomie, Chicago, Illinois 60656 (the "Property"), which property is subject of a state

court foreclosure case.

4. Casali is a resident of Chicago, Illinois. Casali filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on July 31, 2013.

**B. Parkway's Loan.**

5. In April 2003, Casali approached Parkway to obtain a personal line of credit from Parkway.

6. At the time Casali approached Parkway to obtain a loan, Casali informed Parkway that he had an existing line of credit with Household Finance.

7. Casali was aware that the proceeds of Parkway's loan paying off Household Finance Corporation's line of credit, obtaining a release of Household's mortgage and Parkway obtaining a first mortgage on the Property would be conditioned upon Household's Line of Credit being paid off.

8. Pursuant to Casali's agreement to use the proceeds from Parkway's loan to payoff Household and grant Parkway a first mortgage on the Property, Parkway entered into a Credit Agreement and Disclosure dated May 5, 2003 with Casali, which was subsequently amended, renewed and replaced by the August 21, 2008 Credit Agreement and Disclosure (the "Note").

9. As security for the Note, Casali and his wife, Anna F. Casali, executed a mortgage ("Mortgage") in favor of Parkway, dated May 5, 2003 and recorded on May 6, 2003 with the Cook County Recorder of Deeds as Document No. 0312649323 and an Assignment of Rents dated May 5, 2003 for the Property ("Assignment of Rents").

10. In addition to executing the Note, Mortgage and Assignment of Rents, on May 5, 2003 Casali executed a Disbursement Request and Authorization Form.

11. On May 7, 2003, Household provided a payoff letter ("Payoff Letter") to Casali,

who in turn forwarded it to Parkway wherein Household identified that the amount owed to pay the account in full was $154,731.46 ("Payoff Amount").  The Payoff Letter stated that the total amount due of $154,731.46 was good until June 6, 2003.

12. The Payoff Letter stated that "the payoff quote does not waive our rights to receive any funds, which are due and owing on this account as a result of any subsequent adjustments, which may include but are not limited to recent advances, returned items, and additional fees."

13. The Payoff Letter also stated as follows:

> If the credit line is to be cancelled, please sign below and include this letter with your payment. We will forward the necessary documents to the Trustee/County Recorder's office to release our lien within thirty days after the account is paid in full.
>
> Please cancel my credit line.  Unless signed authorization to cancel the credit line is received, the line will remain open and we will not release the lien.

14. Casali and his wife both signed the Payoff Letter instructing Household to close their line of credit.

15. On May 10, 2003, Parkway issued Check No. 67038 to Household Finance Corporation in the amount of $154,731.46.

16. Between 2010 and 2012, Parkway advanced monies for payment of past due and sold real estate taxes on the Property in the amount of $14,710.16.

17. On January 29, 2013, an event of default was declared as a result of Casali's failure to pay when due real estate taxes owing on the Property.

II. **STIPULATED DOCUMENTS:**

1. The Credit Agreement and Disclosure dated May 5, 2003 executed by Casali in favor of Parkway.

2. The Credit Agreement and Disclosure dated August 21, 2008 executed by Casali

in favor of Parkway.

3. Mortgage dated May 5, 2003 executed by Renato Casali and Anna Casali in favor of Parkway for the property located at 4547 Potawatomie, Chicago, Illinois 60656.

4. Assignment of Rents dated May 5, 2003 executed by Renato Casali and Anna Casali in favor of Parkway for the property located at 4547 Potawatomie, Chicago, Illinois 60656.

5. Disbursement Request and Authorization Form dated May 5, 2003 executed by Casali in favor of Parkway.

6. Payoff Letter received by Casali from Household Finance Corporation dated May 7, 2003.

7. Payoff check dated May 10, 2003 issued by Parkway to Household Finance Corporation in the amount of $154, 731.46.

8. Deposition transcript of Renato Casali dated May 28, 2015 taken in Case No. 13 CH 08411, titled *Parkway Bank and Trust Company v. Renato Casali, et al.,* pending in the Circuit Court of Cook County, Chancery Division.

9. Deposition transcript of Laura D'Amato dated June 1, 2015 taken in Case No. 13 CH 08411, titled *Parkway Bank and Trust Company v. Renato Casali, et al.,* pending in the Circuit Court of Cook County, Chancery Division.

**Agreed to in Form and Substance:**

| **Plaintiff:** Parkway Bank & Trust Company<br><br>By:   /s/ Saskia Nora Bryan<br>Latimer LeVay Fyock LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, IL 60603<br>312/422-8000 | **Defendant:** Renato Casali<br><br>By:   /s/ Paul Bach<br>Sulaiman Law Group, Ltd.<br>900 Jorie Blvd., Suite 150<br>Oak Brook, Illinois 60523 |
|---|---|

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that, on August 14, 2015, the foregoing Stipulations of Facts and Documents were filed, along with the documents referenced herein, with the U.S. Bankruptcy Court for the Northern District of Illinois CM/ECF electronic document filing system, which will serve the following attorney of record:

      ***Counsel for Defendant Renato Casali***
      Paul Bach - paul.bach@sulaimanlaw.com

                                        /s/ Saskia Nora Bryan

Tejal S. Desai, ARDC No. 6280834
Saskia Nora Bryan, ARDC No. 6255682
Latimer LeVay Fyock LLC
55 West Monroe Street, Suite 1100
Chicago, IL 60603
312/422-8000