**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **RENATO CASALI,** | ) | Case No. 13 B 30521 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| ——————————————— | ) | |
| **PARKWAY BANK AND TRUST** | ) | |
| **COMPANY,** | ) | |
| | ) | **Adversary No. 14-00124** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RENATO CASALI,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on August 17, 2015, we filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, this Notice of Filing, Certificate of Service, and Parkway Bank and Trust Company's Trial Exhibit List (without its exhibits), copies of which are hereby served upon you.

Respectfully submitted,

**PARKWAY BANK & TRUST COMPANY**

By:   /s/ Tejal S. Desai
        One of its Attorneys

**Saskia Nora Bryan (ARDC No. 06255682)**
**Tejal S. Desai (ARDC No. 6280834)**
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
T: 312/422-8000
F: (312) 422-8001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHER DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **RENATO CASALI,** | ) | Case No. 13 B 30521 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| _____ | ) | |
| **PARKWAY BANK AND TRUST COMPANY,** | ) ) | |
| | ) | Adversary No. 14-00124 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RENATO CASALI,** | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF PARKWAY BANK AND TRUST COMPANY'S
### TRIAL EXHIBIT LIST

Plaintiff, Parkway Bank and Trust Company ("Parkway") in accordance with this Court's Final Pretrial Order, submits the following trial exhibit list for the trial which is scheduled for August 31, 2015 at 1:30 p.m., copies of which are attached hereto as Exhibit A, and each labeled thereunder as "Parkway's Exhibit [no]."

1.     Parkway's Group Exhibit 1:  Credit Agreement and Disclosure dated May 5, 2003 between Parkway and Debtor/Defendant Renato Casali ("Casali") and the Credit Agreement and Disclosure dated August 21, 2008 between Parkway and Casali.

2.     Parkway's Group Exhibit 2:  Mortgage dated May 5, 2003 between Parkway and Casali for the property located at 4547 Potawatomie, Chicago, Illinois 60656 ("Property") and Assignment of Rents dated May 5, 2003 between Parkway and Casali for the Property.

3. Parkway's Exhibit 3: Disbursement Request and Authorization dated May 5, 2003.

4. Parkway's Exhibit 4: Payoff Letter from Household Finance Corporation III ("Household") dated May 7, 2003 to Casali.

5. Parkway's Exhibit 5: Check No. 67038 dated May 10, 2003 issued by Parkway to Household in the amount of $154,731.46 ("Payoff Check").

6. Parkway's Exhibit 6: Letter dated May 10, 2003 issued by Parkway to Household enclosing Payoff Check and requesting Household to release its mortgage on the Property.

7. Parkway's Exhibit 7: Affidavit of Dana St. Clair-Hougham certifying the Loan History from Household of the December 13, 2002 loan entered into between Casali and Household.

8. Parkway Exhibit 8: Household's Loan History related to the December 13, 2002 loan entered into between Casali and Household.

9. Parkway's Exhibit 9: Letter dated February 9, 2005 from Household to Casali and Anna Casali.

10. Parkway's Exhibit 10: Deposition transcript of Casali dated May 28, 2015 taken in Case No. 13 CH 08411, titled *Parkway Bank and Trust Company v. Renato Casali, et al.,* pending in the Circuit Court of Cook County, Chancery Division.

11. Parkway's Exhibit 11: Loan History of Casali's loan with Parkway.

Respectfully submitted,

**PARKWAY BANK & TRUST COMPANY**

By:    /s/ Tejal S. Desai
      One of its Attorneys

**Saskia Nora Bryan (ARDC No. 06255682)**
**Tejal S. Desai (ARDC No. 6280834)**
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
T: 312/422-8000
F: (312) 422-8001

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that, on August 17, 2015, the foregoing Notice of Filing and Plaintiff Parkway Bank and Trust Company's Trial Exhibit List were served via the U.S. Bankruptcy Court for the Northern District of Illinois CM/ECF electronic document filing system, upon the following attorney of record:

*__Counsel Defendant Renato Casali__*

Paul Bach - paul.bach@sulaimanlaw.com

/s/ Tejal S. Desai

**Tejal S. Desai (ARDC No. 6280834)**
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
T: 312/422-8000