# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHER DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **RENATO CASALI,** | ) | Case No. 13 B 30521 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| **PARKWAY BANK AND TRUST COMPANY,** | ) ) ) | |
| | ) | Adversary No. 14-00124 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RENATO CASALI,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:    See Certificate of Service

PLEASE TAKE NOTICE that on August 17, 2015, we filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, this Notice of Filing, Certificate of Service, and Parkway Bank and Trust Company's Trial Witness List, copies of which are hereby served upon you.

Respectfully submitted,

**PARKWAY BANK & TRUST COMPANY**

By:   /s/ Tejal S. Desai
       One of its Attorneys

**Saskia Nora Bryan (ARDC No. 06255682)**
**Tejal S. Desai (ARDC No. 6280834)**
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
T: 312/422-8000
F: (312) 422-8001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **RENATO CASALI,** | ) | Case No. 13 B 30521 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| _____ | ) | |
| **PARKWAY BANK AND TRUST** | ) | |
| **COMPANY,** | ) | |
| | ) | Adversary No. 14-00124 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RENATO CASALI,** | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF PARKWAY BANK AND TRUST COMPANY'S**
**TRIAL WITNESS LIST**

Plaintiff, Parkway Bank and Trust Company ("Parkway") in accordance with this Court's Final Pretrial Order, submits the following trial witness list for the trial which is scheduled for August 31, 2015 at 1:30 p.m.

Plaintiff Parkway will call the following witnesses at trial:

    1.    Laura D'Amato, Assistant Vice President of Parkway.

    Laura D'Amato will testify as to every aspect of the subject loan, including but not limited to all the facts and circumstances surrounding the allegations, affidavits, and answers made by the parties in the pleadings of record. Ms. D'Amato will also testify as to the purpose for which Parkway was making the loan to Defendant Renato Casali ("Casali"), the date the loan was entered into, amount of the loan, the terms and obligations of Parkway and Casali under the loan, the check issued by Parkway Bank to Household Finance Corporation III ("Household") to payoff Casali's line of credit with Household, Casali's representations to Parkway in furtherance of his obtaining the loan, Parkway's

reliance on certain statements made by Casali to it in making the loan, the payments made by Casali, the payments not made by Casali, the date of default under the loan by Casali, the late charges assessed against Casali for failure to make timely payments, Casali's failure to pay the 2009 and 2010 real estate taxes on the subject property, the amount due and owing by Casali under the loan and any and all communications by and between Parkway and Casali related to the loan at issue.

2. Defendant Renato Casali.

Defendant Casali is anticipated to testify (as a hostile witness) as to every aspect of the loan between him and Parkway and his loan with Household, including but not limited to all the facts and circumstances surrounding the allegations, affidavits, answers made by the parties in the pleadings of record in this case and the state court foreclosure case filed by Parkway and against Casali, Case No. 13 CH 08411, titled *Parkway Bank and Trust Company v. Renato Casali, et al.,* pending in the Circuit Court of Cook County, Chancery Division, Mortgage Foreclosure Section. Casali will also testify as to the facts and circumstances surrounding his loans with Parkway and Household, the payments made under the loans, the payments not made, and any and all communications by and between (a) Parkway and Casali and (b) Household and Casali.

    Respectfully submitted,

    **PARKWAY BANK & TRUST COMPANY**

    By:   /s/ Tejal S. Desai
           One of its Attorneys

Tejal S. Desai (ARDC No. 6280834)
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
T: 312/422-8000; F: (312) 422-8001

Respectfully submitted,

**PARKWAY BANK & TRUST COMPANY**

By:   /s/ Tejal S. Desai
       One of its Attorneys

**Saskia Nora Bryan (ARDC No. 06255682)**
**Tejal S. Desai (ARDC No. 6280834)**
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
T: 312/422-8000
F: (312) 422-8001

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that, on August 17, 2015, the foregoing Notice of Filing and Plaintiff Parkway Bank and Trust Company's Trial Witness List were served via the U.S. Bankruptcy Court for the Northern District of Illinois CM/ECF electronic document filing system, upon the following attorney of record:

*<u>Counsel Defendant Renato Casali</u>*

Paul Bach - paul.bach@sulaimanlaw.com

/s/ Tejal S. Desai

**Tejal S. Desai (ARDC No. 6280834)**
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
312/422-8000