## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RENATO CASALI, | ) | Case No. 13 B 30521 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| _____ | ) | |
| PARKWAY  BANK AND TRUST | ) | |
| COMPANY, | ) | |
| | ) | Adversary No.  14-00124 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RENATO CASALI, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 20, 2015 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, or any judge sitting in his stead, in the Courtroom usually occupied by him in Courtroom 682, 219 S. Dearborn, Chicago, Illinois 60605 and shall then and there present Parkway Bank and Trust Company's Motion to Continue the Trial Date set for August 31, 2015, a copy of which is attached.

**PARKWAY BANK AND TRUST COMPANY**

By:___/s/ Tejal S. Desai_____
One of Its Attorneys

**Sheryl A. Fyock** (ARDC No. 06204378)
**Saskia Nora Bryan** (ARDC No. 06255682)
**Tejal S. Desai** (ARDC No. 6280834)
**LATIMER LeVAY FYOCK LLC**
55 West Monroe Street
Suite 1100
Chicago, Illinois  60603
(312) 422-8000
(312) 422-8001 (Fax)

N:\Clients\72001-03\docs\Bankruptcy\Motion to Continue Trial Date-FINAL.doc

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| **RENATO CASALI,** | ) | **Case No. 13 B 30521** |
| | ) | |
| Debtor. | ) | **Judge Jack B. Schmetterer** |
| | ) | |
| _____ | ) | |
| **PARKWAY  BANK AND TRUST** | ) | |
| **COMPANY,** | ) | |
| | ) | **Adversary No.  14-00124** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RENATO CASALI,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE TRIAL DATE OF AUGUST 31, 2015**

**PARKWAY BANK AND TRUST COMPANY** ("Parkway") by and through its attorneys, **LATIMER LeVAY FYOCK, LLC,** and without objection from counsel for Defendant, **RENATO CASALI,** hereby moves this Honorable Court for an Order continue the trial date set for August 21, 2015.  In support thereof, Parkway states as follows:

1.	This is a core proceeding that can be heard and determined by this Court pursuant to 28 U.S.C. §157(b)(2)(I).

2.	This case was commenced on July 31, 2013, by Debtor Renato Casali ("Casali") filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

3.	Parkway is a creditor of Casali as noted in Casali's schedules and is owed amounts under a Promissory Note executed by Casali in favor of Parkway.

4.      On or about February 25, 2014, Parkway filed its Complaint Objecting to the Discharge of Casali debt owed to Parkway.

5.      On August 29, 2014, this Honorable Court granted Casali's Motion to Dismiss without prejudice.

6.      On November 25, 2014, Parkway filed its Amended Complaint objecting to Casali's Discharge ("Complaint").

7.      On March 26, 2015, after Casali's Motion to Dismiss Parkway's Complaint had been denied, Casali filed his Answer to Parkway's Complaint.

8.      On April 10, 2015, this Honorable Court entered a Final Pre-Trial Order setting this matter for trial starting August 31, 2015 at 1:30 p.m. through September 3, 2015.  A true and correct copy of the Final Pre-Trial Order is attached hereto as **Exhibit 1**.

9.      On August 16, 2015, Parkway's counsel received from Casali's counsel Casali's Amended Responses to Parkway's Interrogatories.  In his Amended Responses, Casali discloses an expert witness, which had not been previously disclosed by Casali.

10.      Due to the fact of this recent disclosure of an expert witness and Parkway's desire to depose Casali's expert witness prior to trial, Parkway seeks to continue the trial currently set for August 31, 2015.

11.      Parkway and Casali's counsel are working diligently to schedule a mutually agreeable date and time to allow Parkway to depose Casali's expert witness prior to the deadline for filing the proposed findings of fact and conclusions of law, which is due on August 24, 2015 and prior to the August 31, 2015 trial date. However, due to the short timeframe involved between now and the trial date of August 31, 2015 in taking Casali's expert deposition, Parkway

seeks some additional time to allow it to review Casali's expert's report, curriculum vitae, and take the deposition of Casali's expert.

13.    Similarly, Parkway may wish to retain an expert of its own in light of the recent disclosure by Casali.  Prior to Casali's disclosure, Parkway believed that expert testimony would not be needed on its behalf.

13.    Additionally, there is a summary judgment hearing set for August 27, 2015 at 10:30 a.m. in the state court foreclosure case filed by Parkway against Casali, titled *Parkway Bank v. Renato Casali, et al.,* Case No. 13 CH 08411, as to Parkway's Motion for Partial Summary Judgment as to Lien Priority between its lien and the lien of Household Finance Corporation III on the property located at 4547 Potawatomie, Chicago, Illinois 60656 (the "Property").

14.    The State Court Foreclosure Court is expected to make a ruling as to Parkway's pending motion on August 27, 2015, which ruling may result in additional findings of fact that would become binding upon the parties in this instant proceeding and need to be included in the parties Stipulation of Facts as well as the Proposed Findings of Facts. A postponement would therefore not only avoid the possibility of inconsistent findings, but also result in a more efficient trial before this Court.

15.    As a final matter, ruling on the summary judgment motion in the State Court Foreclosure matter may provide an opportunity for the parties to this matter to discuss settlement and potentially resolve the case.

16.    While none of the above issues might, by themselves, constitute due cause for a continuance, the combination of all such factors, and the fact that both parties to this matter consent to a continuance, mitigates in favor of a finding of good cause to postpone the trial date.

17.     Based on the above, Parkway requests to continue the trial date for thirty (30) days to on or after October 1, 2015.

18.     Casali's counsel has stated in open court that he does not oppose Parkway's request to continue the trial date.

19.     This motion is not brought for purposes of delay or harassment.

20.     The interest of justice will be served if this Court grants Parkway's motion.

WHEREFORE, for the foregoing reasons, Parkway Bank and Trust Company respectfully requests that this Court enter an Order:

(a)     Continuing the trial date from August 31, 2015 to October 1, 2015, or any date on or after October 1, 2015 that is agreeable with the Court's schedule; and

(b)     Granting Parkway Bank and Trust Company such other and further relief as this Honorable Court deems just and proper.

**PARKWAY BANK AND TRUST COMPANY**


By:_____/s/ Tejal S. Desai_____
                    One of Its Attorneys

**Sheryl A. Fyock** (ARDC No. 06204378)
**Holly Carto** (ARDC No. 6280044)
**Tejal S. Desai** (ARDC No. 6280834)
**LATIMER LeVAY FYOCK LLC**
55 West Monroe Street, Suite 1100
Chicago, Illinois  60603
(312) 422-8000
(312) 422-8001 (Fax)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| **RENATO CASALI,** | ) | **Case No. 13 B 30521** |
| | ) | |
| Debtor. | ) | **Judge Jack B. Schmetterer** |
| | ) | |
| _____ | ) | |
| **PARKWAY BANK AND TRUST** | ) | |
| **COMPANY,** | ) | |
| | ) | **Adversary No. 14-00124** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RENATO CASALI,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that I served the foregoing Notice of Motion and Motion to Continue the Trial Date via electronic Notice through ECF on the individuals listed below on August 17, 2015:

Paul Bach, Counsel for Debtor/Defendant Renato Casali
paul.bach@sulaimanlaw.com

_____/s/ Tejal S. Desai_____
**Tejal S. Desai** (ARDC No. 6280834)
**LATIMER LeVAY FYOCK LLC**
55 West Monroe Street
Suite 1100
Chicago, Illinois 60603
(312) 422-8000
(312) 422-8001 (Fax)