IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RENATO CASALI, | ) | Case No. 13 B 30521 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | |
| PARKWAY BANK AND TRUST COMPANY, | ) ) | |
| | ) | Adversary No. 14-00124 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RENATO CASALI, | ) | |
| | ) | |
| Defendant. | ) | |

## CASALI'S OBJECTIONS TO PARKWAY BANK'S

## TRIAL EXHIBITS AND EXPERT WITNESS

Defendant, RENATO CASALI ("Casali"), in accordance with this Court's Amended Final Pretrial Order dated August 20, 2015, submits the following objections to the trial exhibits of Plaintiff, PARKWAY BANK AND TRUST COMPANY ("Parkway"), and, in support thereof, states as follows:

**I.   TRIAL EXHIBITS**

1. Exhibit 7 is the Affidavit of Dana J. St. Clair-Hougham on behalf of Household Finance Corporation III ("HFC"). The purpose of the Affidavit is to certify the attached payment history, purportedly of HFC, pursuant to Federal Rules of Evidence 803(6) and 902(11). However, the affiant is not on Parkway' witness list and, therefore, Casali will be unable to cross examine said affiant.

2. Exhibit 8 is the payment history which is attached to the Affidavit in Exhibit 7. Casali objects to this exhibit on the bases of lack of foundation, hearsay and best evidence rule. Casali had objected to this document being included in the Stipulation of Facts and Documents.

3. Exhibit 9 is an unsigned letter dated February 9, 2005 from HFC to Casali and his wife. Casali objects to this exhibit on the bases of lack of foundation, hearsay and best evidence rule. Casali had objected to this document being included in the Stipulation of Facts and Documents.

4. Exhibit 10 is Casali's deposition transcript. Parkway's Amended Trial Exhibit List only seeks to include the transcript and not the exhibits to the transcript. Therefore, Casali objects to the exhibits to the transcript. Casali otherwise objects to the transcript exhibits on the bases of lack of foundation, hearsay and best evidence rule. Casali had objected to these documents being included in the Stipulation of Facts and Documents.

5. Exhibit 11 purports to be the loan history for the subject loan with Parkway. Casali objects to this exhibit on the bases of lack of foundation, hearsay and best evidence rule. Casali had objected to this document being included in the Stipulation of Facts and Documents.

6. Exhibit 12 is the Expert Witness Opinion Report of Susan E. Woods. This expert was disclosed by Parkway on October 26th and her deposition is scheduled for November 4th. Currently, it is unknown for what purpose and in what area this witness is being held as an expert. Therefore, Casali reserves the right to make further objections based on the witness' testimony at her deposition.

## II.    TRIAL WITNESS LIST

Casali objects to Susan E. Woods as an expert witness, as disclosed on the Second Amended Trial Witness List. This expert was disclosed by Parkway on October 26th hours after

the parties appeared in Court on that morning.  Parkway's counsel made no mention to either the Court or Casali's counsel that it had retained an expert, even though counsel knew of it at the time of court.  Because the expert was disclosed on the last day possible under the Amended Final Pre-Trial Order, Casali was deprived of the opportunity to object to the expert witness, within the timeframe permitted by the Amended Final Pre-Trial Order.

Further, the first time that the expert witness was made available to testify is November 4th.  It is unknown for what purpose and in what area this witness is being offered as an expert.  Casali reserves the right to object to Susan E. Woods as a witness and, if allowed as a witness, to make objections based on the witness' testimony at her deposition.

Respectfully submitted,

RENATO CASALI

By:   *Joel L. Chupack*

| | |
|---|---|
| Paul Bach | Joel L. Chupack |
| Sulaiman Law Group, Ltd. | Heinrich & Kramer, P.C. |
| 900 Jorie Blvd., Suite 150 | 205 W. Randolph, Suite 1750 |
| Oak Brook, IL 60523 | Chicago, IL 60606 |
| Phone: (630) 575-8181 | Phone: (312) 782-1888 |
| Fax: (630) 575-8188 | Fax: (312) 782-1888 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that, on November 2, 2015, the foregoing CASALI'S OBJECTIONS TO PARKWAY BANK'S TRIAL EXHIBITS AND EXPERT WITNESS, was served via the U.S. Bankruptcy Court for the Northern District of Illinois CM/ECF electronic document filing system, upon the following attorneys of record:

***Counsel Plaintiff Parkway Bank and Trust Company***

      Saskia Nora Bryan (sbryan@llflegal.com)
      Tejal S. Desai (tdesai@llelegal.com)

                               /s/  *Joel L. Chupack*

Joel L. Chupack, ARDC No. 6181842
Heinrich & Kramer, P.C.
205 W. Randolph Street, Suite 1750
Chicago, IL 60606
Phone: (312) 782-1888
Fax: (312) 782-1888