United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re: Renato Casali, Debtor. | Bankruptcy No. 13 B 30521 |
| Parkway Bank & Trust Co., Plaintiff v. Renato Casali, Defendant. | Chapter 7 Adversary No. 14 A 00124 |

## ORDER ON PRETRIAL COMPLIANCE

The attention of counsel is drawn to the following paragraph of the Amended Final Pretrial Order:

> If deposition transcripts are to be offered, portions offered by each party will be separately color-coded on the face thereof, and each portion objected to will be bracketed on the face thereof by an objector's color code, so that the Court may see the portions offered and objected to by each party merely by examining the transcript. If the whole transcript is to be offered without objection, then no markings will be made. However, in that event, the proponent will also tender an abstract of the deposition.

Amended Final Pretrial Order, August 20, 2015, Dkt. 77, at 2.

Failure to comply with this paragraph prior to the first date set for trial may result in appropriate sanctions in accordance with that order.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 5 day of November, 2015

NOV - 5 2015

Parkway Bank & Trust Co. v. Renato Casali  (In re Renato Casali)
13 B 30521 | 14 A 00124

## Certificate of Service

I, Susana Heredia, certify that on November 5, 2015, I caused to be served copies of the foregoing document to the following on the attached service list by electronic service through the Court's CM/ECF system or regular U.S. mail:



Law Clerk

## Electronic Service through CM/ECF System

**Saskia N Bryan**
LATIMER LEVAY FYOCK LLC
55 W MONROE ST STE 1100
Chicago, IL 60603
(312) - 4228000
Email: sbryan@llflegal.com

**Tejal S. Desai**
Latimer LeVay Fyock LLC
55 W. Monroe Street
Suite 110
Chicago, IL 60606
312-284-6255
Email: tdesai@llflegal.com

**Sheryl A Fyock**
Latimer LeVay Fyock LLC
55 W. Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000
Fax : (312) 422-8001
Email: sfyock@llflegal.com
*LEAD ATTORNEY*

Counsel for Plaintiff

**Paul M Bach**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630)575-8181
Email: ecfbach@gmail.com

**Paul M Bach**
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065
847 564-0808
Fax : 847 564-0985
Email: paul@bachoffices.com

**Penelope N Bach**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL
(630)575-8181
Email: pnbach@sulaimanlaw.com

**Joel L Chupack**
Heinrich & Kramer PC
205 W Randolph Street Suite 1750

Parkway Bank & Trust Co. v. Renato Casali (In re Renato Casali)
13 B 30521 | 14 A 00124

Chicago, IL 60606
312-782-8888 Ext 103
Fax : 312 782-1888
Email: jchupack@h-and-k.com

Counsel for Defendant