**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **RENATO CASALI,** | ) | **Case No. 13 B 30521** |
| | ) | |
| Debtor. | ) | **Judge Jack B. Schmetterer** |
| | ) | |
| _____ | ) | |
| **PARKWAY  BANK AND TRUST** | ) | |
| **COMPANY,** | ) | |
| | ) | **Adversary No.  14-00124** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RENATO CASALI,** | ) | |
| | ) | |
| Defendant. | ) | |

<u>**WITHDRAWAL OF CERTAIN AMENDED TRIAL EXHIBITS**</u>

Plaintiff, Parkway Bank and Trust Company ("Parkway") in accordance with this Court's Amended Final Pretrial Order and its Order of November 6, 2015, submits the following statement withdrawing certain exhibits for the trial which is scheduled for November 9, 2015 at 1:30 p.m.

1.      Parkway withdraws its submission of amended Exhibit number 7 (Affidavit of Dana St. Clair-Hougham) and will not offer the same at trial.

2.      Parkway withdraws its submission of amended Exhibit number 10 (Deposition transcript of Defendant Renato Casali dated May 28, 2015) and will not offer the same at trial <u>except for purposes of impeachment</u>.

Respectfully submitted,

**PARKWAY BANK & TRUST COMPANY**

By:    /s/ Saskia Nora Bryan
            One of its Attorneys

**Saskia Nora Bryan (ARDC No. 06255682)**
**Tejal S. Desai (ARDC No. 6280834)**
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
T: 312/422-8000
F: (312) 422-8001

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that, on November 6, 2015, the foregoing Withdrawal of Certain Amended Trial Exhibits by Plaintiff, Parkway Bank and Trust Company, was served via the U.S. Bankruptcy Court for the Northern District of Illinois CM/ECF electronic document filing system, upon the following attorney of record:

***Counsel Defendant Renato Casali***

Paul Bach - paul.bach@sulaimanlaw.com

Joel Chupack- jchupack@h-and-k.com

               /s/ Saskia Nora Bryan

**Saskia Nora Bryan (ARDC No. 06255682)**
**Tejal S. Desai (ARDC No. 6280834)**
**Latimer LeVay Fyock LLC**
55 West Monroe Street, Suite 1100
Chicago, IL 60603
T: 312/422-8000
F: (312) 422-8001